IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WHITEHEAD,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN TAYLOR, Nurse Practitioner,<br><br>    Defendants.<br>_____ | No. C 06-2130 JSW (PR)<br><br>**ORDER REQUESTING DEFENDANT TO FILE MOTION UNDER RULE 79-5 WITH REGARD TO DOCUMENTS FILED UNDER SEAL** |

    Plaintiff, a prisoner of the State of California, has filed this *pro se* civil rights action. On July 5, 2007, Defendant filed a motion for summary judgment and declarations and exhibits in support thereof. Defendant also filed certain documents under seal. However, the Court has reviewed the motion for summary judgment and the declarations and exhibits attached thereto and it does not appear that Defendant has filed a motion to file the documents under seal pursuant to Local Rule 79-5(b).

    Documents may only be closed to inspection by the public if a sealing order has issued finding that they are sealable. If Defendant contends that the reports concerning Plaintiff cannot be disclosed to him or to the public, they must file a motion for protective order. If they file such a motion, they should submit a declaration from a knowledgeable person identifying each portion of the reports that they contend must be kept confidential and explaining why it is sealable. If some portions of a document need to be redacted to prevent the disclosure of confidential information, the Court wants to see the unredacted document to determine how much material genuinely needs to be redacted. Counsel is reminded to comply with Local Rule 79-5(b) in filing any document under seal.

    The Court will retain the copies Defendant filed under seal, pending Defendant filing a

| | |
|---|---|
| 1 | proper motion seeking sealing.  However, if Defendant needs to redact some portion of the |
| 2 | documents for which sealing is sought, Defendant must file another copy.  Defendant shall file |
| 3 | the properly supported motion seeking sealing within thirty days of the date of this order. |
| 4 | IT IS SO ORDERED. |
| 5 | DATED: July 24, 2007 |

*[Signature: Jeffrey S. White]*

JEFFREY S. WHITE
United States District Judge

|  |  |
|---|---|
| 1 |  |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | FOR THE |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |

CURTIS WHITEHEAD,

        Plaintiff,

  v.

SAN FRANCISCO SHERIFFS DEPARTMENT et al,

        Defendant.

Case Number: CV06-02130 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Whitehead
2216378
425
7th Street
San Francisco, CA 94102

Erin Brianna Bernstein
Office of the City Attorney of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102

Dated: July 24, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk